IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.                                        CIV 16-0452 KG/KBM
                                        CR  14-2443 KG

ALEJANDRO SOTO-ROBLEDO,

      Defendant-Movant.


## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on January 31, 2017 *(CV Doc. 7 & CR Doc. 69)*. Judge Molzen thoroughly reviewed the record in both the criminal and civil actions and determined conclusively that Mr. Soto-Robledo is not eligible for relief pursuant to § 2255. Judge Molzen recommended that I deny the §2255 Motion, as amended, without a hearing.

The PFRD notified the parties of their ability to file timely objections within 14 days of service, and that failure to do so waives review. To-date, Defendant-Movant has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Chief Magistrate Judge's Proposed Findings and Recommended Disposition is **adopted**;

2.      Mr. Soto-Robledo's amended motion pursuant to § 2255 is denied without a hearing, and this action will be dismissed **with prejudice;** and

3.      A final order will be entered concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE