IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                          CIV 16-0452 KG/KBM
                                            CR   14-2443 KG

ALEJANDRO SOTO-ROBLEDO,

    Defendant-Movant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the § 2255 Motion and this action with prejudice.

_____
UNITED STATES DISTRICT JUDGE